UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACK WILTZ | ) | Civil Action |
| | ) | Case No.: |
| Plaintiff | ) | |
| | ) | Section |
| versus | ) | Judge |
| | ) | |
| ADVANCE AMERICA, | ) | Magistrate |
| CASH ADVANCE CENTERS | ) | Magistrate Judge |
| OF LOUISIANA, LLC | ) | |
| Defendant | ) | |

# **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Jack Wiltz, who for his Complaint, respectfully avers:

### **The Parties**

1.

Plaintiff, Jack Wiltz, is a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana.

2.

Named Defendant is Advance America, Cash Advance Centers of Louisiana, LLC ("Advance America"), foreign corporation authorized to conduct and conducting business in the State of Louisiana.  Upon information and belief, at all material times herein Advance America

owned and operated the "Advance America Cash Advance Store" bearing municipal address 3142 Ponchartrain Drive, Suite 2, in Slidell, Louisiana.

## Jurisdiction & Venue

3.

This Court has diversity jurisdiction under 28 U.S.C. § 1332 because both parties are citizens of different states and the amount in controversy exceeds $75,000.00.

4.

Venue is appropriate pursuant to 28 U.S.C. § 1391(a).

## Allegations

5.

On or about January 14, 2010, Plaintiff, Jack Wiltz, was in the process of entering the Advance America in Slidell, Louisiana, when the glass entryway door malfunctioned.  As Mr. Wiltz attempted to open the glass door, the door stuck and then gave way, causing Mr. Wiltz to fall backwards and strike his head and upper extremities on the cement.

6.

Upon information and belief, Advance America knew that the glass entryway store had a history of malfunctioning, but Advance America failed to repair or replace the entryway door.

7.

As a result of this incident, Mr. Wiltz suffered serious personal injuries, including but not limited to, injuries to his cervical and lumbar spine, head, shoulders, extremities, and mental psyche.

8.

Mr. Wiltz's fall and resulting injuries were caused directly and proximately by the following non-exclusive acts of negligence of Advance America:

(1)   Failing to maintain and inspect the glass entryway door;
(2)   Failing to repair the glass entryway door;
(3)   Failing to replace the glass entryway store;
(4)   Failing to warn patrons of the defective entryway door;
(5)   Failing to provide a safe means of ingress and ingress for store patrons;
(6)   Failing to do what it should have done;
(7)   Failing to correct an unreasonably dangerous situation that it knew or should have known existed; and
(8)   All other acts of fault and/or negligence that may be shown through discovery and at trial.

9.

As a result of defendant's negligence, Mr. Wiltz has been damaged, the full extent of which will be proven at trial.  Plaintiff's damages include, but are not limited to: (a) Past, present and future mental pain and suffering; (b) Past, present and future physical pain and suffering; (c) Past, present, and future loss of enjoyment of life; (d) Past, present, and future disability; (e) Past, present and future scarring and disfigurement; and (f) Past, present and future medical expenses.

WHEREFORE, Plaintiff, Jack Wiltz, respectfully prays that his Complaint be deemed good and sufficient, and that Defendant, Advance America, Cash Advance Centers of Louisiana, LLC,  be duly served and cited with a copy of this Complaint, and that it be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiff, Jack Wiltz, and against Defendant, Advance America, Cash Advance Centers of Louisiana, LLC, in an amount that is reasonable under the premises, and together with all costs of these

proceedings, for legal interest from the date of judicial demand until paid, and for all general and

equitable relief.

Respectfully submitted,


_____*/s/ Joseph S. Piacun*_____
JOSEPH S. PIACUN  (25211)
THOMAS A. GENNUSA, II (6010)
REID S. UZEE (31345)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
**Attorneys for Plaintiff,**
**Jack Wiltz**