UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACK WILTZ | ) | Civil Action |
|     Plaintiff | ) | Case No.: 2010-3614 |
| | ) | |
| versus | ) | Section "J" |
| | ) | Judge Barbier |
| ADVANCE AMERICA, | ) | |
| CASH ADVANCE CENTERS | ) | Magistrate Section "3" |
| OF LOUISIANA, LLC | ) | Magistrate Judge Knowles |
|     Defendant | ) | |

## AMENDED COMPLAINT

NOW COMES, through undersigned counsel, Plaintiff, Jack Wiltz, who for his Amended Complaint, respectfully avers:

1.

Named additional Defendant is Tammany Mall, L.L.C. ("Tammany Mall"), a Louisiana company authorized to conduct and conducting business in the State of Louisiana.

2.

At all times herein, Tammany Mall owned the immovable property bearing municipal address 3142 Pontchartrain Drive, Suite 2, Slidell, Louisiana 70458.

3.

Tammany Mall is liable to Plaintiff for the following, non-exclusive acts of negligence:

(1) Failing to maintain and inspect the glass entryway door;
(2) Failing to repair the glass entryway door;
(3) Failing to replace the glass entryway store;
(4) Failing to warn patrons of the defective entryway door;
(5) Failing to provide a safe means of ingress and ingress for store patrons;

    (6)    Failing to do what it should have done;
    (7)    Failing to correct an unreasonably dangerous situation that it knew or should have known existed; and
    (8)    All other acts of fault and/or negligence that may be shown through discovery and at trial.

4.

As a result of Defendants' negligence, Plaintiff was injured and suffered damages as detailed and explained in his original Complaint.

5.

Plaintiff re-alleges and re-avers all allegations contained in the original Complaint as if copied herein *en extenso.*

WHEREFORE, Plaintiff, Jack Wiltz, respectfully prays that his Amended Complaint be deemed good and sufficient, and that Defendants, Advance America, Cash Advance Centers of Louisiana, LLC and Tammany Mall, L.L.C., be duly served and cited with a copy of this Amended Complaint, and the original Complaint, and that they be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiff, Jack Wiltz, and against Defendants, Advance America, Cash Advance Centers of Louisiana, LLC and Tammany Mall, L.L.C., jointly, severally and *in solido*, in an amount that is reasonable under the premises, and together with all costs of these proceedings, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

Respectfully submitted,

*/s/ Joseph S. Piacun*
JOSEPH S. PIACUN (25211)
THOMAS A. GENNUSA, II (6010)
REID S. UZEE (31345)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
**Attorneys for Plaintiff,**
**O'Keith Hill**

Certificate of Service

I certify that on August 12, 2011, I served a copy of this *Amended Complaint* on all counsel through the Court's CM/ECF electronic filing system.

*/s/ Joseph S. Piacun*