UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACK WILTZ                                                                    CIVIL ACTION

VERSUS                                                                         NO. 10-3614

ADVANCE AMERICA, CASH ADVANCE                      SECTION "J"
CENTERS OF LOUISIANA, LLC, ET AL

J U D G M E N T

Considering the court's Order and Reasons dated October 26, 2011, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Advance America, Cash Advance Centers of Louisiana, LLC and Tammany Mall, LLC, and against plaintiff, Jack Wiltz, dismissing the plaintiff's suit without prejudice, at plaintiff's cost.

New Orleans, Louisiana, this   3rd    day of NOVEMBER, 2011.

_____
UNITED STATES DISTRICT JUDGE